# EXHIBIT A





## CANTINA EXPRESS presents: Corporate Gift NUT Program

### Single Varieties (14 to 16oz, Minimum order 12 any combination)

| Variety | Price |
|---|---|
| Honey Roasted Peanuts | $5 |
| Hot N Honey Mix | $5 |
| Honey Cheddar Mix | $5 |
| Chocolate Bridge Mix | $7 |
| Cashews Roasted & Salted | $9 |
| Delux Mix Nuts Roasted & Salted | $9 |
| Natural Inshell Pistachios | $9 |

### NEW! Four Way Sampler (14 to 16oz, Minimum order 12)

| Name | Contents | Price |
|---|---|---|
| Snack Attack | Hot N Honey Mix, Honey Cheddar Mix, Honey Peanuts & Party Peanuts | $5 |
| Merry Medley | Cashews, Honey Peanuts, Delux Mix & Chocolate Peanuts | $7 |
| Trail Mix | Sunflower Kernels, Raisins, Cranberries, Party Peanuts | $5 |



**815-861-3513**

cantinaexpress@ameritech.net

NOW accepting Mastercard, Visa & Discover

*** False Chargeback claims will result in a $25 processing fee charged to your credit card.

To opt out from future faxes go to www.removemyfaxnumber.com and enter PIN# 16685, or call 877-284-7885. The recipient may make a request to the sender not to send any future faxes and that failure to comply with the request within 30 days is unlawful.