# EXHIBIT C

  

## CANTINA EXPRESS presents:
## Corporate Gift
## NUT Program

### Single Varieties  (14 to 16oz, Minimum order 12 any combination)

| | |
|---|---|
| Honey Roasted Peanuts | $5 |
| Hot N Honey Mix | |
| Honey Cheddar Mix | |
| Chocolate Bridge Mix | $7 |
| Cashews Roasted & Salted | $9 |
| Delux Mix Nuts Roasted & Salted | |
| Natural Inshell Pistachios | |

### NEW! Four Way Sampler  (14 to 16oz, Minimum order 12)

| | | |
|---|---|---|
| Snack Attack | Hot N Honey Mix, Honey Cheddar Mix, Honey Peanuts & Party Peanuts | $5 |
| Merry Medley | Cashews, Honey Peanuts, Delux Mix & Chocolate Peanuts | $7 |
| Trail Mix | Sunflower Kernels, Raisins, Cranberries, Party Peanuts | $5 |



# 815-861-3513
cantinaexpress@ ameritech.net
NOW accepting Mastercard, Visa & Discover

*** False Chargeback claims will result in a $25 processing fee charged to your credit card.

To opt out from future faxes go to www.removemyfaxnumber.com and enter PIN# 16685, or call 877-284-7885. The recipient may make a request to the sender not to send any future faxes and that failure to comply with the request within 30 days is unlawful.