## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Dr. William P. Gress

    Plaintiff(s)

v.

Cantina Express, Inc.

    Defendant(s)

Case No. 13cv7471

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

[✓] in favor of plaintiff(s) Dr. William P. Gress
and against defendant(s) Cantina Express, Inc.
in the amount of $ 4500.00 ,

which [ ] includes pre–judgment interest.
[ ] does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

[ ] in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

[ ] other:

This action was *(check one)*:

[ ] tried by a jury with Judge Select a Judge presiding, and the jury has rendered a verdict.
[ ] tried by Judge Select a Judge without a jury and the above decision was reached.
[✓] decided by Judge James B. Zagel on a motion for default judgment

Date: 2/20/2014

Thomas G. Bruton, Clerk of Court

/s/ Elisa Perez_____, Deputy Clerk